IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ROCHA,<br><br>    Plaintiff,<br><br>  v.<br><br>GA FOOD SERVICES, INC., and DOES 1 through 20, inclusive.<br><br>    Defendants.<br>_____/ | No. C 05-02960 WHA<br><br>**ORDER REJECTING POSSIBILITY OF REASSIGNMENT** |

In light of the letter from the parties dated September 13, 2005, indicating that they are unable to agree whether the matter should be reassigned to Magistrate Judge Nandor J. Vadas, the Court declines to reassign this matter.

**IT IS SO ORDERED.**

Dated: September 16, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE