IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ROCHA,<br><br>    Plaintiff,<br><br>v.<br><br>GA FOOD SERVICES, INC., and DOES 1 through 20, inclusive.<br><br>    Defendants.<br>                                            / | No. C 05-02960 WHA<br><br>**ORDER RE SETTLEMENT** |

The Court has received the parties' statement that, on January 31, 2006, they reached agreement to settle the action. The parties request a sixty-day stay of this action while they "finalize" settlement documents. They also ask the Court to vacate all deadlines in the action. No justification is provided for why it will take three months to "finalize" the settlement. The request to stay the case and to vacate deadlines is **DENIED**. The parties shall file a stipulated dismissal or an explanation as to why they no longer wish to stipulate to dismissal of the action by **MARCH 16, 2006**.

**IT IS SO ORDERED.**

Dated: March 2, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE